PAMELA E. COGAN (SBN 105089)
LAURA L. REIDENBACH (SBN 158335)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:    (650) 364-8200
Facsimile:     (650) 780-1701
Email:            pamela.cogan@rmkb.com
lreidenbach@rmkb.com

Attorneys for Defendant
SAFECO INSURANCE COMPANY
OF ILLINOIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON and MARY BALL,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE CO., and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.  5:15CV-00880-NC<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs, RON BALL and MARY BALL, and Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

　　　All signatories to this Stipulation, and on whose behalf the filing is submitted, concur with the Stipulation's content and authorize its filing.

　　　/ / /

　　　/ / /

4834-4862-5445.1

STIPULATION AND ORDER DISMISSING
ACTION WITH PREJUDICE
CASE NO 5:15CV-00880-NC.:

| | |
|---|---|
| Dated: July 15, 2015 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: */s/ Pamela E. Cogan* <br> PAMELA E. COGAN <br> LAURA REIDENBACH <br> Attorneys for Defendant <br> SAFECO INSURANCE COMPANY OF ILLINOIS |
| Dated July 15, 2015 | BOSSIO LAW |
| | By: */s/ Cheryl Bossio* <br> CHERYL BOSSIO <br> Attorneys for Plaintiffs <br> RON BALL and MARY BALL |

### ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action shall be, and hereby is dismissed in its entirety with prejudice as to all parties and claims. Each party shall bear its own fees and costs.

Dated: July 15, 2015

_____
Hon. NATHANAEL M. COUSINS
United States District Judge

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA